E-FILED
Monday, 12 September, 2016  10:39:18 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSAN M. ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) 15-2179 |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

### ORDER

    A Report and Recommendation (#19) was filed by Magistrate Judge Eric I. Long in the above cause on August 15, 2016, recommending that plaintiff's motion for summary judgment (#15) be denied and defendant's motion for summary judgment (#18) be granted and that the decision to deny benefits be affirmed.   On August 31, 2016, the plaintiff filed her objection (#21) and memorandum in support (#22) to the Magistrate Judge's Report and Recommendation asking the court to reject the Report and Recommendation, deny the defendant's motion for summary judgment and grant the plaintiff's motion for summary judgment, or, in the alternative, remand the matter to the ALJ.

    The Court has thoroughly reviewed the report and recommendation and objection thereto and agrees with the recommendation of the Magistrate Judge.   Therefore, the recommendation of the Magistrate Judge is accepted by the court.  See Video Views, Inc.   v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

    IT IS THEREFORE ORDERED THAT:

(1)    The Report and Recommendation (#19) is accepted by this court.

(2)    The plaintiff's Motion for Summary Judgment (#15) is DENIED.

(3)    The defendant's Motion for Summary Judgment (#18) is GRANTED.

(4)    The decision to deny benefits is AFFIRMED.

(5)    This case is terminated.

    Entered this 12th day of September, 2016.

**s/ Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE